UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON BROWN,<br><br>                Plaintiff,<br><br>v.<br><br>DR. ADAMSON, *et al.*,<br><br>                Defendants. | Case No. 3:21-cv-00500-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant Dr. Kim Adamson, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 17.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 18.)

The Clerk shall ISSUE a summons for Dr. Kim Adamson and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 18.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 8), the screening order, (ECF No. 7), and this order to the U.S. Marshal for service on Defendant Dr. Kim Adamson. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

**IT IS SO ORDERED.**

DATED: October 27, 2022.

                                                                    _____
                                                                      UNITED STATES MAGISTRATE JUDGE