# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON BROWN,<br><br>                    Plaintiff,<br><br>   v.<br><br>DR. ADAMSON, et al.,<br><br>                    Defendants. | 3:21-cv-00500-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice (ECF No. 26) that Plaintiff may now be housed at Ely State Prison. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

This order, the court's order of December 5, 2022 (ECF No. 25), and Defendants' Answer (ECF No. 24) shall be served upon Plaintiff in care of Ely State Prison and Lovelock Correctional Center.

**IT IS SO ORDERED.**

DATED: December 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1