# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON S. BROWN,

      Plaintiff

v.

DR. ADAMSON, et al.,

      Defendants

Case No.: 3:21-cv-00500-MMD-CSD

**Order**

Plaintiff has filed an emergency motion for preliminary injunction. (ECF No. 38.) Plaintiff provides no evidence to support his statements that his medical condition is deteriorating and that he has not received treatment. Therefore, Defendants shall file a response to the motion in the ordinary course, by **January 23, 2023**. Plaintiff shall file any reply on or before **January 30, 2023**.

Several documents in the docket (including ECF Nos. 32, 33, 34) have been returned as undeliverable with a notation that Plaintiff is no longer at Ely State Prison (ESP). (*See* ECF Nos. 35, 36, 37.)

This was an issue previously when Plaintiff apparently moved from Lovelock Correctional Center (LCC) to ESP. On December 7, 2022, the court directed Plaintiff to immediately file a notice of change of address in accordance with LR IA 3-1, and the court ordered the documents that were returned as undeliverable be served on Plaintiff at both ESP and LCC. (ECF No. 27.)

Plaintiff did not file a notice of change of address. A review of the Nevada Department of Corrections' (NDOC) inmate search reveals that Plaintiff is now housed at the Wells

Conservation Camp. Therefore, the Clerk shall **SEND** Plaintiff a copy of this Order, as well as ECF Nos. 32, 33, and 34 to Plaintiff at the Wells Conservation Camp.

Plaintiff has up to and including **January 19, 2023**, to file a notice of change of address in accordance with Local Rule IA 3-1. If he fails to timely file his notice of change of address, the court will recommend dismissal of this action under Local Rule IA 3-1. LR IA 3-1 ("Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

**IT IS SO ORDERED**.

Dated: January 11, 2023

_____
Craig S. Denney
United States Magistrate Judge