1

2

3                       UNITED STATES DISTRICT COURT

4                            DISTRICT OF NEVADA

5                                  * * *

6   JASON S. BROWN,                          Case No. 3:21-cv-00500-MMD-CSD

7                           Plaintiff,                  ORDER

8          v.

    DR. ADAMSON, *et al.*,
9
                           Defendants.
10

11          *Pro se* Plaintiff Jason S. Brown brought this action against Defendants Richard

12   Fraley, Dr. Dana Marks, and Dr. Kim Adamson under 42 U.S.C. § 1983. (ECF No. 8.)

13   Before the Court is the Report and Recommendation ("R&R") of United States Magistrate

14   Craig S. Denney, recommending that the Court deny Brown's earlier-filed motion for

15   preliminary injunction (ECF No. 38), but grant his later-filed motion for preliminary

16   injunction (ECF No. 47) in certain, specified ways. (ECF No. 65.) Objections to the R&R

17   were due April 21, 2023. To date, neither Brown nor Defendants have objected to the

18   R&R. For this reason, and as explained below, the Court adopts the R&R in full and grants

19   Brown the preliminary injunctive relief specified at the conclusion of this order.

20          Because there was no objection, the Court need not conduct de novo review, and

21   is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328

22   F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

23   recommendations is required if, but *only* if, one or both parties file objections to the

24   findings and recommendations.") (emphasis in original). Judge Denney first notes his

25   agreement with Defendants that Brown's first motion does not address the *Winter* factors,

26   so must be denied, but also notes that, contrary to some of Defendants' arguments,

27   Brown is suffering from serious medical issues related to his claims. (ECF No. 65 at 8-9.)

28   Judge Denney then recommends the Court grant Brown's second motion for preliminary

injunction because he is likely to prevail on the merits of his Eighth Amendment deliberate indifference to serious medical needs claim, he will suffer irreparable harm (health consequences) if no injunction issues, and the remaining two factors also favor awarding Brown preliminary injunctive relief. (*Id.* at 9-20.) Judge Denney therefore recommends the Court award Brown preliminary injunctive relief targeted at getting him adequate medical care (*id.* at 20)—and the Court agrees with Judge Denney's recommendations. Accordingly, the Court adopts Judge Denney's R&R in full and as specified below.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 65) is accepted and adopted in full.

It is further ordered that Brown's first motion for a preliminary injunction (ECF No. 38) is denied.

It is further ordered that Brown's second motion for a preliminary injunction (ECF No. 47) is granted as specified below.

It is further ordered that Defendants must ensure that Plaintiff sees an NDOC (Nevada Department of Corrections) physician at its medical facility at NNCC (Northern Nevada Correctional Center) regarding his condition and symptoms that are the subject of this action within **30 days.**

It is further ordered that Defendants must ensure that Brown has consultations with both an ear, nose, and throat specialist ("ENT") and a neurologist within **60 days**. The consultations may be with an ENT and neurologist contracted with NDOC, however, if there is no contracted ENT or neurologist, or if the contracted ENT or neurologist is not available within the applicable timeframe, Plaintiff should be seen by an outside ENT or neurologist.

It is further ordered that Defendants must file under seal the reports from the appointments with the NNCC physician, the ENT, and the neurologist within 75 days.

///

///

2

1    It is further ordered that Defendants must ensure that Brown's treating physician

2   at NNCC goes over the reports with him, and that he is given an opportunity to review the

3   reports by kiting the warden's office.

4    DATED THIS 26th Day of April 2023.

5

6   _____
    MIRANDA M. DU

7   CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28