UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JASON S. BROWN, *et al.* | Case No. 3:21-cv-00500-MMD-CSD |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| DR. ADAMSON, *et al.*, | |
| Defendants. | |

The Court referred this case to its Pro Bono program in the last order it entered. (ECF No. 69.) This means that Plaintiff Jason S. Brown has the opportunity to get an attorney to represent him for free in this case. However, the Court has heard from the Pro Bono Liaison that Brown has not completed paperwork required to participate in the Pro Bono Program despite the Pro Bono Coordinator's repeated attempts to reach out to him. The Court has directed the Pro Bono Program to send the required forms at issue to Plaintiff again. The Court advises Brown that he must complete this paperwork within 30 days of date of entry of this order if he would like an attorney to represent him for free in this case.

DATED THIS 16th Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE