UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON S. BROWN,<br><br>                              Plaintiff,<br>       v.<br><br>DR. ADAMSON, *et al.*,<br><br>                              Defendants. | Case No. 3:21-cv-00500-MMD-CSD<br><br>ORDER |

This case was referred to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorney Meng Zhong is hereby appointed as counsel for Plaintiff Jason Brown. The scope of the appointment is for proceedings in this court only, and does not extend to the appeal, if any, of a final decision.

It is therefore ordered that Meng Zhong is hereby appointed as *pro bono* counsel for Plaintiff Jason Brown pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

It is further ordered that Meng Zhong, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

It is further ordered that the Clerk of Court assign a PROBONO case flag and add Meng Zhong to the docket as counsel of record for Plaintiff.

It is further ordered that Meng Zhong will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

///

///

It is further ordered that within 14 days after completion legal services, Meng Zhong must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED THIS 7th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE