Meng Zhong, Esq.
Nevada Bar No. 12145
Dibora Berhanu, Esq.
Nevada Bar No. 16046
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele:  702-949-8200
Email: mzhong@lewisroca.com
Email: dberhanu@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON S. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DR. ADAMSON, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00500-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY 30 DAYS**<br><br>**(SECOND REQUEST)** |

Under Federal Rules of Civil Procedure 6 and Local Rule IA 6-1, Plaintiff Jason S. Brown ("Plaintiff") and Defendants Coach Fraley, Dr. Dana Marks and Dr. Kim Adamson (collectively "Defendants"), by and through their respective undersigned counsel, stipulate and agree as follows:

1.  Defendants filed their Motion for Summary Judgment on August 30, 2024.

2.  On September 10, 2024, the parties agreed to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment by thirty (30) days from the September 20, 2024 deadline to October 21, 2024.

3.  The parties have agreed to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment by another (30) days from the current October 21, 2024 deadline to November 20, 2024.

4.  This is the second stipulation of the parties to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment.

126049815.1

5. This stipulation is made in good faith by the parties. Plaintiff's counsel has experienced difficulty scheduling a private call with the Plaintiff in light of a new system implemented by the Nevada Department of Corrections for inmate calls. Scheduling the private call with the Plaintiff is taking longer than usual and Plaintiff's counsel requires additional time to work through that process and obtain the necessary permissions/approvals from their client to be able to file a response.

**IT IS SO STIPULATED.**

Dated this 17th day of October 2024.

Attorney General
State of Nevada, Public Safety Division

By: /s/ Leo T. Hendges
Aaron D. Ford, Attorney General
Leo T. Hendges, Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
Tel: (702) 486-3795
E-mail: lhendges@ag.nv.gov

*Attorneys for Defendants Coach Fraley, Dr. Dana Marks and Dr. Kim Adamson*

Dated this 17th day of October 2024.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Meng Zhong
Dibora L. Berhanu
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
E-mail: mzhong@lewisroca.com
E-mail: dberhanu@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**IT IS SO ORDERED.**



U.S. Magistrate Judge

Dated: October 18, 2024

126049815.1